# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:20-cr-86-TJC-PDB

JAMES F. PORTER, JR
SEAN PORTER

## **ORDER**

This case came before the Court on January 5, 2023. Pending sentencing, as announced on the record, it is hereby

**ORDERED:**

1. The Orders Setting Conditions of Release (Docs. 86 & 89) are **MODIFIED** as follows:

   The defendants are permitted to travel within the continental Unites States allowing them to reside at their homes in Colorado part time.

2. All other conditions of the Orders Setting Conditions of Release (Docs. 86 & 89) shall remain in full force and effect.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of January, 2023.


TIMOTHY J. CORRIGAN
United States District Judge

kh.
Copies:
Tysen Duva, AUSA
Seth Schwartz, Esquire
Albert Tasker, IV, Esquire
Caleb Rowland, Esquire
James Porter, Jr.
Sean Porter
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service